UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Bambi Davis,
    Plaintiff,

vs.                      Case No. 1:06-cv-838

Commissioner of Social Security,
    Defendant

## ORDER

       This matter is before the Court on the Magistrate Judge's Report and Recommendation filed January 31, 2008 (Doc. 14).

       Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

       Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

       Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. This case is **REVERSED** pursuant to Sentence Four of 42 U.S.C. § 405(g) and **REMANDED** for an award of benefits as of March 24, 2005.

Date: February 26, 2008          s/Sandra S. Beckwith
                                         Sandra S. Beckwith, Chief Judge
                                         United States District Court