# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Bambi Davis,
      Plaintiff,

vs.                                     Case No.  1:06-cv-838

Commissioner of Social Security,
      Defendant

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed October 6, 2008 (Doc. 19).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**, and plaintiff's counsel is awarded $1,531.25 in attorney fees and $350.00 in costs and expenses for a total award of $1,881.25.


Date: November 7, 2008        s/Sandra S. Beckwith_____
                                        Sandra S. Beckwith, Chief Judge
                                        United States District Court